UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Magistrate No.** |
| | : | |
| v. | : | |
| | : | **VIOLATION: 18 U.S.C. § 656** |
| **ANDRE SHAW,** | : | **(Bank Embezzlement)** |
| Defendant. | : | |

**I N F O R M A T I O N**

The United States informs the Court:

**COUNT ONE**

I.    Introduction

At all times material to this Information:

1.    Citibank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2.    Defendant ANDRE SHAW was employed as a bank manager during May 2003 through January 2006 at a Citibank branch, located at 600 Pennsylvania Ave., S.E., in Washington, D.C.

Embezzlement Scheme

3.    From about May 2003 through January 2006, in the District of Columbia, defendant SHAW embezzled money from Citibank by improperly taking possession of checks that were associated with non-active Citibank accounts.  Instead of performing his duty to place these checks into a miscellaneous ledger account maintained by Citibank, defendant SHAW would draft blank deposit slips and forward them along with the checks into his own personal Citibank account.

Defendant SHAW would then make withdraws and use these deposited proceeds for his own benefit and use.

    4. From about May 2003 through January 2006 , within the District of Columbia, defendant ANDRE SHAW, being an employee of Citibank, with the intent to injure and defraud Citibank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract and purloin monies and funds belonging to Citibank and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar 451-058


By:  _____
ALEXANDER P. SHAWE
Assistant United States Attorney
United States Attorneys Office
D.C. Bar No. 472-492
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9519