UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Magistrate No. 06-267m |
| : | |
| ANDRE SHAW, : | FILED |
| : | |
| Defendant. : | JUN 1 4 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant ANDRE SHAW agrees and stipulates as follows:

During May 2003 through January 2006, Andre Shaw worked as a teller at Citibank, located at 600 Pennsylvania Ave. in Southeast, Washington, D.C. Citibank is a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

From about May 2003 through January 2006, in the District of Columbia, Mr. Shaw embezzled $13,412.84 from Citibank. Mr. Shaw perpetrated this scheme by improperly taking possession of checks that were associated with non-active Citibank accounts. Instead of performing his duty to place these checks into a miscellaneous ledger account maintained by Citibank, defendant SHAW would draft blank deposit slips and forward them along with the checks into his own personal Citibank account. Mr. Shaw used all of the $13,412.84 that he embezzled from the bank for his own benefit.

On January 25, 2006, Citibank security investigators interviewed Mr. Shaw. During this interview, Mr. Shaw confessed orally and in writing to embezzling currency from Citibank. On May 9, 2006, Special Agents with the FBI also interviewed Mr. Shaw. Again, Mr. Shaw confessed to the embezzlement and provided law enforcement with a written admission of guilt

and acknowledging accountability for the $13, 412.84 .

In all, through this embezzlement scheme and taking into consideration Ms. Shaw's restitution efforts, Citibank has lost $13, 412.84 .

                                                            Respectfully submitted,

                                                            KENNETH L. WAINSTEIN
                                                            United States Attorney
                                                            for the District of Columbia

By: _____
                                                           ALEXANDER P. SHAWE
                                                           Assistant U.S. Attorney
                                                           555 4th Street, N.W.
                                                           Washington, D.C. 20530
                                                           (202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 6/14/06

_____
Andre Shaw
Defendant

I have discussed this Statement of Offense with my client, Ms. Shaw. I concur with his decision to stipulate to this Statement of Offense.

Date: 6/14/06

_____
Rita Bosworth, Esq.
Counsel for the Defendant